O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| FARHAD MOUSAVIPOUR, | Case № 2:25-cv-10798-ODW (BFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SELECT PORTFOLIO SERVICING, INC. et al., | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

///

///

///

1

## **JUDGMENT**

In light of the Court's Order **GRANTING** Defendant's Motion to Dismiss, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant shall have **JUDGMENT** in its favor;

2. Plaintiff shall receive nothing; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 8, 2026

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2